UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | |
|---|---|---|
| Case No. | CV 24-3392-MWF(AGRx) | Date: August 15, 2024 |
| Title | *Javier Hernandez, et al. v. Merrick Garland, et al.* | |

Present: The Honorable: **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on April 23, 2024.  (Docket No. 1).  Pursuant to Federal Rules of Civil Procedure, Rule 4(m), the time to serve the Complaint expired on July 22, 2024.

The Court **ORDERS** Plaintiffs to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **SEPTEMBER 6, 2024**.

- By Plaintiffs:  Proofs of Service of the Summons and Complaint on Defendants.  Plaintiffs must file proofs of service that satisfy the requirements of Fed. R. Civ. Proc. 4(i).

    AND/OR

- By Defendants:  Response to the Complaint.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **September 6, 2024,** will result in the dismissal of this action.

IT IS SO ORDERED.