UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | **CV 24-3392-MWF(AGRx)** | Date: September 19, 2024 |
| Title | ***Javier Hernandez, et al. v. Merrick Garland, et al.*** | |

Present: The Honorable: **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

On August 15, 2024, the Court filed an Order to Show Cause (the "OSC"). (Docket No. 7). The OSC required a response by September 6, 2024.

On September 5, 2024, Plaintiff filed a Proof of Service (the "POS") and a Declaration of William Baker in Response to OSC (the "Declaration"). (Docket Nos. 14 and 15). The Declaration refers to the service reflected in the POS.

The Court again **ORDERS** Plaintiffs to show cause why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the following no later than **OCTOBER 4, 2024**.

- By Plaintiffs: Proofs of Service of the Summons and Complaint on Defendants. Plaintiffs must file proofs of service that fully satisfy the requirements of **Fed. R. Civ. Proc. 4(i)**.

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause by **October 4, 2024,** will result in the dismissal of this action. No further extensions will be granted.

IT IS SO ORDERED.